IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOAQUIN HOLMES,

    Plaintiff,

vs.                                                                                                                                                                                                                                                                                     No. CIV 22-0774 JB/LF

CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, LLC;
MHM HEALTH PROFESSIONALS, INC.;
MURRAY YOUNG, M.D.; DIETER DENNIG,
M.D.; NORTHWEST NEW MEXICO
CORRECTIONAL FACILITY f/k/a Corrections
Corporation of America, Inc.; NORTHWEST
NEW MEXICO CORRECTIONAL FACILITY
DIRECTOR OF NURSING; NORTHWEST
NEW MEXICO CORRECTIONAL FACILITY
SITE MEDICAL DIRECTOR; CENTRAL
NEW MEXICO CORRECTIONAL FACILITY;
CENTRAL NEW MEXICO CORRECTIONAL
FACILITY SITE MEDICAL DIRECTOR;
CENTRAL NEW MEXICO CORRECTIONAL
FACILITY DIRECTOR OF NURSING; NEW
MEXICO CORRECTIONS DEPARTMENT;
DAVID JABLONSKI; DAVID SELVAGE;
ORION STRADFORD; STEVE MADRID;
CENTRAL NEW MEXICO CORRECTIONAL
FACILITY; LT. CRAIG COLE; SGT. MARTIN
JARAMILLO; NURSE TIFFANY PERALTA;
CORECIVIC, INC. and JOHN/JANE DOE,
Central New Mexico Correctional Facility
Grievance Officer,

    Defendants.

**FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on: (i) the Order Granting Stipulated Dismissal of CoreCivic Inc., filed January 23, 2023 (Doc. 46)("CoreCivic Dismissal Order"); (ii) the Order, filed September 25, 2023 (Doc. 55)("MTD Order"); (iii) the Stipulated Order Dismissing with Prejudice Murray Young, M.D., Tiffany Peralta and MHM Health Professionals, LLC, filed

December 27, 2024 (Doc. 59)("Young Peralta MHM Dismissal Order"); (iv) the Stipulated Order Dismissing with Prejudice Centurion Correctional Healthcare of New Mexico, LLC, filed May 16, 2025 (Doc. 66)("Centurion Healthcare Dismissal Order"); (v) the Stipulated Order of Dismissal with Prejudice of All Claims and Causes of Action Against Defendant New Mexico Corrections Department, filed July 9, 2025 (Doc. 68)("Corrections Department Dismissal Order"); and (vi) the Stipulated Order of Dismissal with Prejudice of All Claims and Causes of Action Against NMCD Individual Defendants, filed July 9, 2025 (Doc. 69)("Corrections Department Individual Defendants Dismissal Order").  In the CoreCivic Dismissal Order, the Court dismisses with prejudice all claims against Defendant CoreCivic, Inc.  See CoreCivic Dismissal Order at 1.  In the MTD Order, the Court dismisses with prejudice all claims against Defendants Central New Mexico Correctional Facility, New Mexico Corrections Department, David Jablonski, David Selvage, Orion Stradford, Steve Madrid, Craig Cole, and Martin Jaramillo.  See MTD Order at 7. In the Young Peralta MHM Dismissal Order, the Court dismisses with prejudice all claims against Defendants Murray Young, M.D., Tiffany Peralta, and MHM Health Professionals, LLC.  See Young Peralta MHM Dismissal Order at 2.  In the Centurion Healthcare Dismissal Order, the Court dismisses with prejudice all claims against Defendant Centurion Correctional Healthcare of New Mexico, LLC.  See Centurion Correctional Healthcare of New Mexico, LLC Dismissal Order at 1.  In the Corrections Department Dismissal Order, the Court dismisses with prejudice all claims against Defendant New Mexico Corrections Department.  See Corrections Department Dismissal Order at 1.  In the Corrections Department Individual Defendants Dismissal Order, the Court dismisses with prejudice all claims against Defendants David Jablonski, David Selvage, Orion Stradford, Steve Madrid, Craig Cole, and Martin Jaramillo.  See Corrections Department Individual Defendants Dismissal Order  at 1.  With no more claims, parties, or issues before the

Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this civil case.

**IT IS ORDERED** that: (i) the Plaintiff's Complaint and Demand for Jury Trial, filed October 18, 2022 (Doc. 1), is dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

*Counsel:*

Parish Collins
Collins & Collins, P.C.
Albuquerque, New Mexico

-- and --

Robert Gentile
Elizabeth M. Piazza
Guebert Gentile Piazza & Junker P.C.
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Alfred A. Park
Geoffrey D. White
Taylor M. Lueras
Park & Associates, LLC
Albuquerque, New Mexico

      *Attorneys for Defendants Centurion Correctional Healthcare of New Mexico, LLC, MHM Health Professionals, Inc., Murray Young, M.D., and Tiffany Peralta*

Mary T. Torres
Law Offices of Mary T. Torres
Albuquerque, New Mexico

      *Attorney for Defendants Central New Mexico Correctional Facility, New Mexico Corrections Department, David Jablonski, David Selvage, Orion Stradford, Steve Madrid, Criag Cole, and Martin Jaramillo*

Daniel P. Struck
Jacob B. Lee
Struck Love Acedo, PLC
Chandler, Arizona

--and--

Eden G, Cohen
CHDB Law LLP
Tempe, Arizona

    *Attorneys for Defendant CoreCivic, Inc.*